# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TURRELLE DANNAIL GIVENS**                                             **PLAINTIFF**

**v.**                                    **4:11-cv-00472-BRW**

**KARL BYRD, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 13th day of October, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE